IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| KRISTAL KITCHENS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 322-079 |
| | ) | |
| BLECKLEY RSAT, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner, an inmate at Bleckley Probation Detention Center brings the above-styled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has submitted a history of accounts statement showing that she has insufficient funds to pay the $5.00 filing fee.  Therefore, the Court **GRANTS** Petitioner leave to proceed *in forma pauperis*.  (Doc. no. 2.)  However, process shall not issue, as the Court addresses Petitioner's petition in a separate Report and Recommendation.

SO ORDERED this 26th day of July, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA